389

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKIE HERNANDEZ, Appellant. [746 NYS2d 610]

The defendant failed to specifically object with regard to the

legal sufficiency of the evidence on the ground he raises on appeal. Therefore, his arguments regarding this issue are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Seabrooks,* 289 AD2d 515, *lv denied* 98 NY2d 640). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

Since the defendant withdrew his request that the court charge sexual abuse in the third degree as a lesser-included offense, his contention regarding this issue is waived and unpreserved for appellate review (*see* CPL 470.05 [2]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Ritter, J.P., Feuerstein, Adams and Mastro, JJ., concur.